**Salvador RODRIGUEZ–RAMOS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 09–3476.

United States Court of Appeals, Eighth Circuit.

Submitted: June 11, 2010.

Filed: June 16, 2010.

Jason M. Finch, Richard Joel Hatch, Kevin J. McCoy, Dwyer & Smith, Omaha, NE, for Petitioner.

Ada Elsie Bosque, Karen Yolanda Drummond, Richard M. Evans, Stefanie

---

N. Hennes, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Mexican citizen Salvador Rodriguez–Ramos petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's (IJ's) denial of his application for cancellation of removal. Rodriguez–Ramos challenges the IJ's determination that he abandoned his application by failing to update his fingerprints, and that he did not demonstrate good cause to excuse his failure. After careful review, *see Arellano–Hernandez v. Holder*, 564 F.3d 906, 910 (8th Cir.2009); *Dedji v. Mukasey*, 525 F.3d 187, 191–92 (2d Cir. 2008), we conclude his challenge lacks merit, *see* 8 C.F.R. § 1003.47(c)–(d). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.